**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 17-7250**

ALEXANDER JIGGETTS,

                Plaintiff - Appellant,

      v.

BALTIMORE COUNTY; BALTIMORE COUNTY POLICE DEPARTMENT;
DETECTIVE STEVEN INGE, In his Official and Individual Capacity;
DETECTIVE GENE STEVEN PRYOR, In his Official and Individual Capacity;
OFFICER RICHARD GARLAND, In his Official and Individual Capacity,

                Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore.
J. Frederick Motz, Senior District Judge. (1:17-cv-01526-JFM)

Submitted: January 5, 2018              Decided: January 12, 2018

Before KING, SHEDD, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alexander Jiggetts, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alexander Jiggetts appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Jiggetts v. Balt. Cty.*, No. 1:17-cv-01526-JFM (D. Md. June 30, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*